Laip Corp., Respondent, v. Commercial Union Assurance Company, Ltd., Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

Belton Nelson, Respondent, v. Esso Standard Oil Company, Appellant.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

William Nixon, Appellant, v. Felix Sposito et al., Defendants, and Gold Star Oil Burner Manufacturing Company, Inc., Respondent.—

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

The People of the State of New York, Respondent, v. Benjamin Brown, Appellant.

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.

The People of the State of New York, Respondent, v. Robert Cefaro, Edward Josephs, Thomas Kherkoven and Bennie Russo, Appellants.—

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur. [See 45 Misc 2d 990.]